**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: RODEO CANON DEVELOPMENT
CORPORATION,

*Debtor.*

---

WILLIAM WARNICK; ANN WARNICK,
individually and as Trustees of the
William and Ann Warnick Family
Living Trust; ALAN WARNICK; JILL
WARNICK,

*Appellants-Cross-Appellees,*

v.

FRED YASSIAN; BEVERLY RODEO
DEVELOPMENT CORPORATION,

*Appellees-Cross-Appellants.*

Nos. 02-56999
02-57203

BAP No.
CC-01-01428
MaMoP

ORDER

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Marlar, Montali and Perris, Judges, Presiding

Filed March 8, 2005

Before: Alex Kozinski and John T. Noonan, Circuit Judges,
and William W Schwarzer,* Senior District Judge.

---

## ORDER

The opinion filed March 30, 2004, is withdrawn.

---

*The Honorable William W Schwarzer, Senior United States District
Judge for the Northern District of California, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.